No. 833.   Jones, Trustee, *v.* United States.   C. A. 10th Cir.   Certiorari denied.   *Harry Gillig, Jr.* for petitioner.   *Solicitor General Sobeloff, Samuel D. Slade* and *William W. Ross* for the United States.

No. 841.   White et al. *v.* Commissioner of Internal Revenue.   C. A. 6th Cir.   Certiorari denied.   *Thomas V. Koykka* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Rice, Lee A. Jackson* and *Marvin W. Weinstein* for respondent.

No. 846.   City Chevrolet Co. *v.* Commissioner of Internal Revenue.   C. A. 4th Cir.   Certiorari denied.   *Frederic D. Dassori* and *Dee R. Bramwell* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Rice, A. F. Prescott* and *C. Guy Tadlock* for respondent.

No. 847.   Amshoff et al. *v.* United States et al.   C. A. 7th Cir.   Certiorari denied.   *H. Templeton Brown* and *Robert L. Stern* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Robert L. Farrington, Neil Brooks* and *Donald A. Campbell* for the United States and the Secretary of Agriculture, respondents.

No. 848.   United States *v.* United States Vanadium Corp. et al.; and

No. 849.   Electro Metallurgical Sales Corp. *v.* United States.   C. A. 10th Cir.   Certiorari denied.   *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States.   *Morrison Shafroth* and *John F. Shafroth* for petitioner in No. 849 and respondents in No. 848.